IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   09-cv-00007-REB-MEH | Date:   August 11, 2009 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| AAA NATIONAL MAINTENANCE and<br>DANA MAYFIELD, | Anne Thomas Sulton |
| Plaintiffs, | |
| vs. | |
| CITY AND COUNTY OF DENVER,<br>DENVER DEPARTMENT OF AVIATION,<br>KENTON JANZEN,<br>APRIL HENDERSON,<br>RUTH RODRIGUEZ, and<br>CHARYN BILLICK, | James W. Hubbell<br>Judd R. Choate |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**     **3:03 p.m.**

Court calls case.  Appearances of counsel.  Also present: Dana Mayfield, Janice Mayfield, and Kenton Janzen.

Discussion regarding issues for today's hearing, resetting deadlines, and filing a dispositive motion.

**ORDERED:**  1.    Defendants' dispositive motion is due by **November 2, 2009;** Plaintiffs' Response to the dispositive motion is due by **November 23, 2009;** Defendants' Reply to Plaintiffs' Response is due by **December 1, 2009.**

2.    The discovery cutoff is reset to **October 30, 2009.**

3.    The Final Pretrial Conference set for October 7, 2009, is VACATED and RESET to **November 2, 2009, at 9:15 a.m.**
In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect**

        **format** to Magistrate Judge Hegarty's chamber's email account at
        Hegarty_Chambers@cod.uscourts.gov **on or before October 26, 2009.**

Discussion regarding Defendants' Motion to Compel and for Discovery Sanctions Pursuant to Rule 37(D)(1)(A)(I) [Doc. #44, filed 7/30/09], scheduling of depositions, producing electronically stored information, and entering a Protective Order by August 21, 2009.

**ORDERED:** Defendants' Motion to Compel and for Discovery Sanctions Pursuant to Rule 37(D)(1)(A)(I) [Doc. #44, filed 7/30/09] is GRANTED in part and DENIED in part as stated in detail on the record. Plaintiffs shall produce the documents requested by Defendants on or before **August 21, 2009.** Defendants' request for sanctions is denied. Counsel are directed to meet and confer regarding the scheduling of depositions and advise the Court of the schedule by e-mail on August 12, 2009, by 10:00 a.m.

**Court in recess:**  **3:44 p.m.  (Hearing concluded)**
**Total time in court:** 0:41