IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00007-REB-MEH

AAA NATIONAL MAINTENANCE, a Georgia corporation, and
DANA MAYFIELD,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, a municipal corporation,
DENVER DEPARTMENT OF AVIATION, a Department of the City and County of Denver,
KENTON JANZEN, in his official capacity as Denver's Buyer, and in his individual capacity,
APRIL HENDERSON, in her official capacity as Denver's Contract Maintenance Manager, and in her individual capacity,
RUTH RODRIGUEZ, in her official and individual capacities, and
CHARYN BILLICK, in her official and individual capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 20, 2009.**

    Plaintiffs' Unopposed Motion to Vacate Settlement Conference Docket No. 43 [filed August 19, 2009; docket #54] is **granted**. The Settlement Conference set for September 4, 2009, is hereby **vacated**. The parties shall submit a status report within five business days of a decision on any dispositive motions in this matter.