IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00007-REB-MEH

AAA NATIONAL MAINTENANCE, a Georgia corporation, and
DANA MAYFIELD,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, a municipal corporation,
DENVER DEPARTMENT OF AVIATION, a Department of the City and County of Denver,
KENTON JANZEN, in his official capacity as Denver's Buyer, and in his individual capacity,
APRIL HENDERSON, in her official capacity as Denver's Contract Maintenance Manager, and in her individual capacity,
RUTH RODRIGUEZ, in her official and individual capacities, and
CHARYN BILLICK, in her official and individual capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 16, 2009.**

    Plaintiffs' Motion for Leave to Appear by Telephone at Final Pre-Trial Conference Scheduled for November 2, 2009 at 9:15 a.m. [filed September 14, 2009; docket #60] is **granted**. Counsel for Plaintiffs shall call Chambers at (303) 844-4507 at the designated time.