IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL E. HEGARTY

| | |
|---|---|
| Civil Action No. 09-cv-00007-REB-MEH | Date:  November 2, 2009 |
| Courtroom Deputy:  Cathy Coomes | **FTR – Courtroom C203** |

AAA NATIONAL MAINTENANCE and          Anne Thomas Sulton
DANA MAYFIELD,                                          (by telephone)

      Plaintiff,

vs.

CITY AND COUNTY OF DENVER,             James W. Hubbell
DENVER DEPARTMENT OF AVIATION,
KENTON JANZEN,
APRIL HENDERSON,
RUTH RODRIGUEZ, and
CHARYN BILLICK,

      Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC FINAL PRETRIAL CONFERENCE**

**Court in session:**     **9:47 a.m.**

Court calls case.  Appearances of counsel.

The Court notes that discovery has not been completed and there is an outstanding motion to compel.

Discussion and argument regarding Plaintiffs' Motion to Compel Defendant Ruth Rodriguez's Responses to Plaintiffs' Requests for Production of Documents (Doc. #81, filed 10/29/09).

**ORDERED:**  Plaintiffs' Motion to Compel Defendant Ruth Rodriguez's Responses to Plaintiffs' Requests for Production of Documents (Doc. #81, filed 10/29/09) is GRANTED in part and DENIED in part as stated on the record.

Discussion and argument regarding Plaintiffs' damages.

The proposed Final Pretrial Order is reviewed.

Discussion regarding the dismissal of Defendant Billick, due to a suggestion of bankruptcy.  Counsel agree that the suggestion of bankruptcy will not be filed until Mr. Hubbell responds to Plaintiffs' Motion to Dismiss Defendant Billick.

The Final Pretrial Order was approved and filed with the corrections made of record.

**Court in recess:**     **10:29 a.m**     **(Hearing concluded)**
**Total time in court:**  0:42