# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 09-cv-00007-REB-MEH

AAA NATIONAL MAINTENANCE, a Georgia corporation, and
DANA MAYFIELD,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, a municipal corporation,
DENVER DEPARTMENT OF AVIATION, a Department of the City and County of Denver,
KENTON JANZEN, in his official capacity as Denver's Buyer, and in his individual capacity,
APRIL HENDERSON, in her official capacity as Denver's Contract Maintenance Manager, and in her individual capacity,
RUTH RODRIGUEZ, and
CHARYN BILLICK

    Defendants.

## ORDER DISMISSING DEFENDANT, CHARYN BILLICK, ONLY

**Blackburn, J.**

    The matter before me is plaintiff's **Motion To Dismiss Charyn Billick As A Named Defendant and Certification of Compliance With D.C.COLO.LCivR 7.1(A)** [#89] filed November 4, 2009. After careful review of the motion and the file, I conclude that the motion should be granted and that plaintiffs' claims against defendant Charyn Billick should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Motion To Dismiss Charyn Billick As A Named Defendant and Certification of Compliance With D.C.COLO.LCivR 7.1(A)** [#89] filed November 4,

2009, is **GRANTED**;

    2.  That plaintiffs' claims against defendant Charyn Billick are **DISMISSED**; and

    3.  That defendant Charyn Billick is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated November 5, 2009, at Denver, Colorado.

                                              BY THE COURT:

                                              /s/ Bob Blackburn
                                              Robert E. Blackburn
                                              United States District Judge