IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.**   09-cv-00007-REB-MEH            **FTR – Courtroom C203**
**Date:**   January 15, 2010                                      Cathy Coomes, Courtroom Deputy

AAA NATIONAL MAINTENANCE,                      Anne Thomas Sulton (by telephone)

      Plaintiff,

v.

CITY AND COUNTY OF DENVER,                     Pamela H. Vanderpool
DENVER DEPARTMENT OF AVIATION,         Martha Moore Tierney
KENTON JANZEN,
APRIL HENDERSON,
RUTH RODRIGUEZ, and
CHARYN BILLICK,

      Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**Court in session:**     9:09 a.m.

The Court calls case.  Appearances of counsel.  Also present by telephone:  Dana Mayfield and Daniel Irvene.

Discussion regarding the status of the case.  Ms. Vanderpool tenders Defendants' Exhibits 4, 6, and 7 to the Court, which have also been sent to the Court by e-mail.

The Court questions Dana Mayfield regarding accountantss used by AAA National Maintenance.

The Court questions Daniel Irvene regarding accounting services he performed for AAA National Maintenance.

Discussion regarding possible bifurcation of trial, release regarding tax returns to be signed by Mr. Irvene, entering a Protective Order, and the Order entered by the Court on January 8, 2010.

**ORDERED:**  1.   On or before **January 20, 2010,** Defendants shall file Proposed Findings of Facts and Conclusions of Law striking Plaintiff's claim for damages under the contract.

2.   By close of business **today, January 15, 2010,** Ms. Sulton shall file an itemization of claimed damages.

3.   Plaintiff's Request for Partial Reconsideration and Clarification of Court's Order on January 8, 2010 (Doc. 131, filed 1/13/10) is DENIED. However, the Court will allow Ms. Sulton time to respond to the reasonableness of Defendants' attorneys' fees.

Discussion regarding the subpoena and amended subpoena issued to Mr. Irvene.

**Court in recess:**   10:13 a.m.   (Hearing concluded)
Total time in court:   1:04