**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00007-REB-MEH

AAA NATIONAL MAINTENANCE, a Georgia corporation,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal corporation,
DENVER DEPARTMENT OF AVIATION, a Department of the City and County of Denver,
KENTON JANZEN, in his official capacity as Denver's Buyer, and in his individual capacity,
APRIL HENDERSON, in her official capacity as Denver's Contract Maintenance Manager, and in her individual capacity, and
RUTH RODRIGUEZ,

    Defendants.

## ORDER DISMISSING PARTIES

**Blackburn, J.**

The matter before me is the **Stipulation To Dismiss Individual Defendants Kenton Janzen, April Henderson, Ruth Rodriguez and Charyn Billick With Prejudice** [#140] filed January 21, 2010. After careful review of the stipulation and the file, I find and conclude that the motion should be granted and that plaintiffs' claims against the individual defendants should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Dismiss Individual Defendants Kenton Janzen, April Henderson, Ruth Rodriguez and Charyn Billick With Prejudice** [#140], filed January 21, 2010, is **GRANTED**;

2.  That plaintiff's claims against defendants, Kenton Janzen, April Henderson, and Ruth Rodriguez, are **DISMISSED WITH PREJUDICE**, with each party to pay its/his/her own costs and attorneys' fees;

3.  That the court's **Order Dismissing Defendant, Charyn Billick, Only** [#90] filed November 5, 2009, is **AMENDED** to reflect that plaintiff's claims against defendant, Charyn Billick, are **DISMISSED WITH PREJUDICE**;

4.  That defendants, Kenton Janzen, April Henderson, and Ruth Rodriguez, are **DROPPED** as named parties to this action, and the case caption shall be amended accordingly.

Dated January 22, 2010, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge