**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00007-REB-MEH

AAA NATIONAL MAINTENANCE, a Georgia corporation,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal corporation, and
DENVER DEPARTMENT OF AVIATION, a Department of the City and County of Denver,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matters before me are the **Stipulation For Dismissal With Prejudice** [#146] filed January 29, 2010, and the **Stipulation For Dismissal With Prejudice** [#147] filed January 29, 2010.  After careful review of the stipulations and the file, I conclude that the stipulations should be approved.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal With Prejudice** [#146] filed January 29, 2010, is **APPROVED**;

    2. That the **Stipulation For Dismissal With Prejudice** [#147] filed January 29, 2010, is **APPROVED**;

    3. That the jury trial set to commence February 1, 2010, is **VACATED**;

    4. That any pending motions, including, but not limited to, documents [#109], [#114], [#115], [#135], and [#136], are **DENIED AS MOOT**; and

    5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated February 1, 2010, at Denver, Colorado.

BY THE COURT:

.

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge