IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00007-REB-MEH

AAA NATIONAL MAINTENANCE, a Georgia corporation,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal corporation, and
DENVER DEPARTMENT OF AVIATION, a Department of the City and County of Denver,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 5, 2011.**

    Plaintiff's "Motion Requesting Aid of Court and Request to Reopen Settlement Agreement Pursuant to [sic] Violation of Federal Civil Rights Laws and Federal Statutes" [filed September 30, 2011; docket #149] is **stricken**. Plaintiff filed the motion pro se; however, the record reflects that Plaintiff has been, and continues to be, represented by counsel in this case. Pro se filings are improper if the party is represented by counsel at the time of filing. *Dodge v. Shoemaker*, 695 F. Supp. 2d 1127, 1132 (D. Colo. 2010) (citing *Lee v. Imperial Lending, LLC*, No. 06-cv-02388-ZLW, 2007 WL 3090800 (D. Colo. Oct. 18, 2007) ("Parties represented by counsel may not file papers pro se.") and *Durham v. Lappin*, No. 05-cv-01282-MSK, 2006 WL 2724091 (D. Colo. Sept. 21, 2006) ("the Court will not entertain pro se motions by a party who is represented by counsel.")).